

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00018-CV

Damien **HERRERA** and Blaine Castle,
Appellants

v.

Judy **STAHL** and Sue Hensley,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-05750
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's Order Denying Defendants' Motions to Dismiss is AFFIRMED.

It is ORDERED that appellees recover their costs of appeal from appellants.

SIGNED July 16, 2014.

Sandee Bryan Marion, Justice